UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-4391-MMM (SP) | Date | September 12, 2011 |
|---|---|---|---|
| Title | Ira Bloom v. Harley Lappin, *et al.* | | |

| Present: The Honorable | **Sheri Pym, United States Magistrate Judge** | | |
|---|---|---|---|
| Kimberly Carter | None Appearing | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

None Appearing  None Appearing

**Proceedings:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED**

On July 8, 2011, plaintiff Ira Bloom, a California prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 29, 2011, the court sua sponte screened the complaint, and found several deficiencies in the pleading. *See* July 28, 2011 Ord. at 5-9. Accordingly, the court dismissed the complaint without prejudice, but granted plaintiff thirty (30) days leave to amend up to and including August 29, 2011. *Id.* at 9. As of today's date, two weeks later, plaintiff has yet to file a First Amended Complaint.

Accordingly, within **twenty-one (21)** days of the date of this Order, by **October 3, 2011**, plaintiff is **ORDERED TO SHOW CAUSE**, in writing, why this action, or portions thereof, should not be dismissed for failure to prosecute and/or comply with a court order. If plaintiff files his First Amended Complaint on or by **October 3, 2011**, he need not separately respond to this Order to Show Cause. Plaintiff is cautioned that his failure to timely file a response to this Order to Show Cause may be deemed by the court as consent to the dismissal of this action with prejudice.