O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

IRA BLOOM,

              Plaintiff,

          v.

HARLEY LAPPIN, et al.,

              Defendant(s).

_____

)
)
)
)
)
)
)
)
)
)
)

Case No. CV 11-4391-MMM (SP)

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Plaintiff has not filed any written Objections to the Report within the time permitted.  The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment will be entered dismissing the Second Amended Complaint and this action without prejudice.

DATED:  November 8, 2012

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE