JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA BLOOM, | ) Case No. CV 11-4391-MMM (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| HARLEY LAPPIN, et al., | ) |
| Defendant(s). | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without prejudice.

Dated: November 8, 2012

_____
HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE